COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Raul Rodriguez v. The State of Texas

Appellate case number:   01-16-00323-CR

Trial court case number:  1348372

Trial court:              178th District Court of Harris County

By order of April 21, 2016, the Fourteenth Court of Appeals transferred this case to our Court. The reporter's record was originally due on January 25, 2016. On March 21, 2016, the court reporter advised that appellant was appealing as indigent and the reporter's record could be filed by April 30, 2016. No reporter's record has been filed.

Accordingly, we order the court reporter, Bonnie L. Rodriguez, to file the reporter's record in this Court on or before June 24, 2016.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                   ☒ Acting individually     ☐ Acting for the Court

Date: May 24, 2016